No. 88–6031.   FELDMAN *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–6034.   GARCIA *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 88–6035.   HATCHER *v.* JACKSON, SUPERINTENDENT, NEWARK HOUSE, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–6047.   ISMAIL *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 88–6048.   HENSLEY, AKA HOSKINS *v.* KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 88–6086.   BOWEN *v.* JABE, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 88–6092.   LANDRY *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 87–1796.   MASSINGA ET AL. *v.* L. J. ET AL.   C. A. 4th Cir. Motion of National Association of Social Workers for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 87–7192.   BROWNING *v.* JABE, WARDEN.   C. A. 6th Cir. Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 88–5459.   SEYMORE *v.* ALABAMA ET AL.   C. A. 11th Cir. Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 88–5565.   BRANCH *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 88–630.   ALABAMA *v.* COX ET AL.   Ct. Crim. App. Ala. Motions of Southern Christian Leadership Conference et al. and National District Attorneys Association, Inc., for leave to file briefs as *amici curiae* granted.   Motion of respondent Cox for leave to proceed *in forma pauperis* granted.   Certiorari denied.   JUSTICE